**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| VICCI KINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 10-CV-2238 |
| ) | |
| KEITH ANGLIN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#20) was filed by the Magistrate Judge in the above cause on April 25, 2011. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) The Rule 12(b)(6) Motion to Dismiss Counts I and III (#12) filed by Defendants is DENIED in part and GRANTED in part. The Motion to Dismiss is DENIED as to Count I. The Motion to Dismiss is GRANTED as to Count III. Count III is dismissed as to all Defendants except Defendant Keith Anglin. Further, as agreed to by the parties, Defendant Michael Randle is dismissed from this suit in its entirety.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 19th day of May, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE