Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **VICCI KINNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | )  Case Number:   10-2238 |
| | ) |
| **KEITH ANGLIN,** | ) |
| **CORY FOSTER,** | ) |
| **MICHAEL RANDLE,** | ) |
| **GLADYSE TAYLOR,** | ) |
| **JIM REINHART,** | ) |
| | ) |
| **Defendants.** | ) |

### AMENDED JUDGMENT  IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.  Defendant Michael Randle was terminated on 5/19/11.  Defendants Cory Foster and Jim Reinhart were terminated on 7/3/12.  Gladyse Taylor was terminated on 11/21/13.

**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** the issues have been tried and the jury has rendered its verdict in favor of the Plaintiff and against Defendant Keith Anglin in the amount of $6,250, plus costs of suit.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded $10,566.77 in attorney fees and related costs, and taxes additional costs to Defendants for $1,943.30.

**Dated:**    April 23, 2014

                                                                s/ Kenneth A. Wells
                                                                Kenneth A. Wells
                                                                Clerk, U.S. District Court